UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LEXINGTON LUMINANCE LLC**
    Plaintiff(s)

v.                                                                        CIVIL ACTION NO. **12-12216-DJC**

**AMAZON.COM INC., ET AL**
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐ **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**.  In accordance with the Memorandum and Order dated March 18, 2014;

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendants Amazon.com Inc. and Amazon Digital Services, Inc.

Robert M. Farrell, Clerk

Dated: March 19, 2014                            /s/ Lisa M. Hourihan
                                                                            ( By )  Deputy Clerk

NOTE:  The post judgment interest rate effective this date is _____%.